United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Gonzalo Prosperi Agostini, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-23869-Civ-Scola |
| Certain Underwriters at Lloyd's, | ) |
| London, Defendant. | ) |

**Order to Show Cause**

The Defendant Certain Underwriters at Lloyd's, London ("Underwriters") removed this case from Florida state court on September 20, 2018 on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (ECF No. 1.) The complaint seeks the recovery of amounts allegedly due under an insurance policy issued to the Plaintiff by Underwriters. (ECF No. 1-2.) The notice of removal asserts that the "[p]olicy's combined limit of insurance is $605,440 with a $27,520 deductible," and conclusorily alleges that the Plaintiff "seeks damages in excess of the jurisdictional limit of $75,000." (ECF No. 1.) Underwriters further asserts that it "has attempted to confer with Plaintiff's counsel as to the exact amount [in controversy], but Plaintiff's counsel has been unresponsive." (*Id.*)

Federal courts are obligated to conduct a preliminary examination of the record to determine that jurisdiction exists. *Kelly v. Harris*, 331 F.3d 817, 819 (11th Cir. 2003). A party seeking to invoke a federal court's diversity jurisdiction must allege "facts" that show that federal subject matter jurisdiction exists. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013). Those allegations must include facts sufficient to show that the amount in controversy more likely than not exceeds the $75,000 jurisdictional minimum. *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir. 2001). Based on the record before it, the Court is unable to determine whether that jurisdictional threshold has been met.

Accordingly, by **October 5, 2018,** the Court orders the parties to jointly submit a brief addressing the amount that is in controversy in this case.

**Done and ordered**, at Miami, Florida on September 28, 2018.

Robert N. Scola, Jr.
United States District Judge